# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

130709

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

OLHEN D. ELKINS,
      Plaintiff-Appellee,

v

                                    SC: 130709
                                    COA: 265438
                                    WCAC: 05-000191

LEF, INC., d/b/a VIKING OIL COMPANY, and
OAKLAND COUNTY FUELS, INC.,
      Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006                                      _____
                                                    Clerk

t0522